1 | **John R. Rofael, Esq. - State Bar No. 282266**
2 | **DOWNTOWN L.A. LAW GROUP**
3 | 601 N. Vermont Ave.
  | Los Angeles, CA 90004
4 | Tel: (213) 389-3765
5 | Fax: (877) 389-2775
  | Email: JRofael@downtownlalaw.com
6 |
7 | Attorneys for Plaintiff
8 | HECTOR ARROYO

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

| HECTOR ARROYO, an individual. | Case No.: |
|---|---|
| Plaintiff, | (UNLIMITED CIVIL ACTION) |
| v. | **COMPLAINT FOR DAMAGES** |
| UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive. | 1. NEGLIGENCE – MOTOR VEHICLE |
| Defendants. | |

COMES NOW PLAINTIFF HECTOR ARROYO, complaining of Defendants and alleges as follows:

///

///

///

---

**1**
**COMPLAINT FOR DAMAGES**

## I.
## JURISDICTION

1. This action is brought pursuant to the Tort Claims Act, 28 U.S.C. §2671 et seq. Jurisdiction is founded on 29 U.S.C. §§1346(b).

## II.
## VENUE

2. Venue is proper in the Central District of California. The motor vehicle accident giving rise to this complaint occurred near Rosecrans Ave. & Avis Ave., Lawndale, CA 90260, which is within the present judicial district. Plaintiff also resides within this judicial district.

## III.
## PARTIES

3. Plaintiff HECTOR ARROYO (hereafter "PLAINTIFF") is and at all relevant times was a resident of Los Angeles County, California.

4. At all times relevant herein, the Defendant UNITED STATES OF AMERICA is a governmental agency.

## IV.
## FACTS COMMON TO ALL ACTIONS

5. On or about February 28, 2018, Plaintiff was lawfully operating his vehicle on Rosecrans Ave. near Avis Ave.. Defendant's employee operated his vehicle (Ford Focus, Plate # GS131900S) on Rosecrans Ave. approaching the same intersection and made a left-hand turn onto Avis Ave. without caution and in such an unsafe manner that it violently collided into Plaintiff's vehicle.

6. On said date, Defendant UNITED STATES OF AMERICA's employee drove carelessly, negligently and with extreme recklessness, including, but not limited to, making a left-hand turn onto Avis Ave. without caution and in such an unsafe manner.

**COMPLAINT FOR DAMAGES**

7. In making a left-hand turn onto Avis Ave. without caution and in such an unsafe manner, Defendant UNITED STATES OF AMERICA's employee carelessly and negligently struck Plaintiff HECTOR ARROYO's vehicle as it traveled on Rosecrans Ave.

8. On February 6, 2020, the Plaintiff submitted a claim based on the allegations herein to the UNITED STATES OF AMERICA for administrative settlement. The Defendant UNITED STATES OF AMERICA denied the claim on January 11, 2021. Accordingly, Plaintiff has complied with the requirements of the Federal Tort Claims Act for the timely filing of claims.

## V.
## FIRST COUNT/CAUSE OF ACTION
## NEGLIGENT OPERATION OF A MOTOR VEHICLE

9. Plaintiff incorporates herein by reference paragraphs 1 through 8, above as though fully set forth herein.

10. On February 28, 2018, a vehicle (Ford Focus, Plate # GS131900S) was operated by Defendant UNITED STATES OF AMERICA's agent or employee as he was in the course and scope of his employment with Defendant UNITED STATES OF AMERICA.

11. Defendant UNITED STATES OF AMERICA's employee was driving negligently and carelessly, including, but not limited to, making a left-hand turn onto Avis Ave. without caution and in such an unsafe manner.

12. Defendant UNITED STATES OF AMERICA and its agents and employees acted carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, and drove the vehicle as to proximately cause the same to collide against the vehicle which Plaintiff,

HECTOR ARROYO, was then operating, as aforesaid, thereby proximately causing the injuries and damages hereinafter mentioned.

13. Defendant UNITED STATES OF AMERICA's employee was also negligent in failing to keep attentive as to his whereabouts and oncoming traffic. Said Defendant knew or should have known that there was oncoming traffic and making a left-hand turn onto Avis Ave. without caution and in such an unsafe manner would be unsafe, all of which negligence, carelessness and recklessness constituted the proximate cause of him striking Plaintiff's vehicle.

14. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff was injured about his body and its members and was rendered sick, sore, lame and disabled, and was injured in health, strength and activity, a portion of said injuries being permanent. As a result of said injuries, Plaintiff has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

15. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff suffered grave and serious mental anguish, fear, anxiety and illness, a portion of said injuries being permanent. As a proximate result of said injuries and damages, Plaintiff has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

16. By reason of said injuries, Plaintiff has incurred, and probably will incur in the future, hospital, surgical, ambulance, medical, nursing and household expenses, all to his further damage.

17. By reason of said injuries, Plaintiff was unable to do his usual work for a period of time, has been unable to do a portion of his work since that time, will be partially disabled in the future and has sustained damage to his future earning capacity, all to this damages, according to proof.

18. By reason of said injuries, Plaintiff has sustained damage to his future earning capacity, all to his further damage, according to proof.

19. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff's vehicle sustained damage, according to proof.

20. By reason of said collision, Plaintiff was deprived of the use of a vehicle for a period of time, all to Plaintiff's further damage, according to proof.

## VI.

## PRAYER

WHEREFORE, Plaintiff demands the following relief, jointly and severally, against all the Defendants;

a) For damages for injuries sustained due to the negligence of Defendant UNITED STATES OF AMERICA's agent and employees, including past and future medical expenses, lost wages, loss of earning capacity, pain and suffering, mental anguish, and all other appropriate damages resulting from his injuries.

b) Costs of suit necessarily incurred herein; and

c) Such further relief as the Court deems just or proper.

DATED: April 21, 2021            DOWNTOWN L.A. LAW GROUP

                                 _____
                                 JOHN R. ROFAEL, ESQ.
                                 Attorneys for Plaintiff,
                                 HECTOR ARROYO

///

///

///

5
**COMPLAINT FOR DAMAGES**

## JURY TRIAL DEMAND

Plaintiff demands trial by jury of all issues so triable.

DATED: April 21, 2021

**DOWNTOWN L.A. LAW GROUP**

_____
JOHN R. ROFAEL, ESQ.
Attorneys for Plaintiff,
HECTOR ARROYO